UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Patricia Scaglione</u>

      v.         Civil No. 06-cv-140-JL

<u>SAU 56</u>

ORDER OF DISMISSAL

In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with prejudice.

  SO ORDERED.

April 15, 2008            <u>/s/ Joseph N. Laplante</u>
                 Joseph N. Laplante
                 United States District Judge


cc:  Leslie H. Johnshon, Esq.
   William Scott, Esq.